# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )  | |
| Plaintiff,         ) | |
| v.         ) | |
| )  | |
| PATRICIA LEANN CARTER,         ) | Case Number: CR-14-123-C |
| )  | |
| Defendant.         ) | |

## DEFENDANT PATRICIA LEANN CARTER'S MOTION FOR FILING UNDER SEAL

Defendant, Patricia Leann Carter, by and through her counsel, Joseph L. Wells, submits this motion for an order allowing her to file her Motion and Brief for Discovery under seal. The Motion contains privileged information and for that reason should be filed under seal.

Respectfully Submitted,

s/Joseph L. Wells
Joseph L. Wells, OBA #9470
Attorney for Defendant,
Patricia Leann Carter
3955 N. W. 23rd Street
Oklahoma City, Oklahoma 73107
Phone: 405-942-8800
Facsimile: 405-947-1937
Email: joewells@swbell.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2014, I electronically transmitted the attached document to:

Amanda Green
Assistant United States Attorney

Jeff Byers
Attorney for Ms. McGolden

*s/Joseph L. Wells*
Joseph L. Wells, OBA #9470